JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE, | Case No. CV 19-9326 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAL CRYSTAL INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2020.

/s/
Fernando M. Olguin
United States District Judge